STATE, *ex rel.* PAUL C. ALBRITTON, v. J. M. LEE, as
Comptroller.

and

STATE, *ex rel.* M. G. ROWE, v. J. M. LEE, as Comptroller.

174 So. 19.
Order Entered April 27, 1937.

*M. G. Rowe,* of Daytona Beach, *Scarlett & Futch,* of
DeLand, and *John B. Singeltary,* of Bradenton, for Re-
lators.

*Cary D. Landis,* Attorney General, *H. E. Carter* and
*W. P. Allen,* Assistant Attorneys General, and *Thomas H.
Anderson,* of Miami, *amicus curiae,* for Respondents.

PER CURIAM.—The Court holds that there being no direct
and substantial pecuniary interest of any Justice of the Su-
preme Court of Florida in the outcome of, or in the judg-
ment to be rendered in the course of deciding, the contro-
versies involved in these several proceedings, that no Jus-
tice of this Court is disqualified, as a matter of law, from
participating in, or deciding, the several cases now before
this Court, especially in view of the circumstance that if
the opposite view were expressed, there would be no Su-
preme Court, as a competent judicial tribunal, capable of
deciding the said controversies, the Legislature having
enacted no statute prescribing regulations for calling into
the Supreme Court Judges of the Circuit Court to hear

808

and determine matters pending before the Supreme Court in cases where each and *all* of the commissioned Justices of the Supreme Court shall hold themselves disqualified or disabled to act from interest or other cause. See Section 6, Article V, State Constitution; Section 2959 R. G. S., 4688 C. G. L.; Evans v. Gore, 253 U. S. 245, 40 Sup Ct. Rep. 550, 64 L. Ed. 887. Compare, Tumey v. Ohio, 273, U. S. 510, 47 Sup. Ct. Rep. 437, 71 L. Ed. 508, 50 A. L. R. 1243.

It is accordingly ordered that the several causes be proceeded with to final determination according to law, and that this Court direct the setting of same for final hearing and submission on a date to be indicated by the Chief Justice, and communicated to counsel for the respective parties.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and DAVIS, J. J., concur.